# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE LEE, et al., | Case No. 1:16 -cv-00465-LJO-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTION TO REMAND |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | (ECF Nos. 4, 7, 8, 9, 10) |
| Defendant. | |

Plaintiffs filed this action alleging violations California law on March 1, 2016 in Merced County Superior Court. On April 1, 2016, Defendants removed the action to the Eastern District of California. On April 5, 2016, Plaintiffs filed a Motion to Remand which was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 3, 2016, the Magistrate Judge filed a Findings and Recommendations. The Findings and Recommendations recommended denying Plaintiffs' Motion to Remand. The Findings and Recommendations was served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days (14) days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 3, 2016, is ADOPTED IN FULL; and

2. Plaintiffs' Motion to Remand and Request for Attorney Fees filed April 5, 2016 is DENIED.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                             /s/ Lawrence J. O'Neill
                                                                       UNITED STATES CHIEF DISTRICT JUDGE

2