STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
TYLER R. AUSTIN (SBN 293977)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

JAMES H. WILKINS (SBN 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Avenue
Fresno, California
Telephone: 559.438.2390
Facsimile: 559.438.2393

Attorneys for Plaintiffs
SEE LEE and CHAY VANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEE LEE and CHAY VANG,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 1:16-CV-00465-LJO-SAB<br><br>**STIPULATION TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |

Plaintiffs See Lee and Chay Vang (collectively "plaintiffs") and State Farm Mutual Automobile Insurance Company ("State Farm,") by and through their respective counsel, hereby stipulate to revise the Court's June 17, 2016 Scheduling Order (Dkt. 15), as follows:

**I. RECITALS**

1. This action arises out of State Farm's denial of plaintiffs' vehicle theft claim under a State Farm auto policy.

2. The parties have exchanged Federal Rule 26 disclosures, negotiated and entered into a stipulated protective order, propounded and responded to written discovery, produced documents in response to requests for production, and propounded document and deposition subpoenas. In March 2017, State Farm presented for deposition Bill McGirk of Cellular Solutions, LLC, a third party cellular tower data expert State Farm consulted with regard to plaintiffs' claim.

3. Stephen Ellingson has been the partner primarily responsible for handling this matter for State Farm. On March 21, 2017, Mr. Ellingson underwent coronary bypass surgery. He was off work for the next six weeks. Since then, his work capacity has been limited. Mr. Ellingson was referred to a "cardiac rehabilitation" program that meets three days a week. His rehabilitation therapy has been suspended until May 29 due to a complication that arose from the surgery, but he expects to resume therapy and attend for another six weeks thereafter. [Declaration of Stephen P. Ellingson ("Ellingson Decl.,") ¶ 3-4.]

4. Plaintiffs have asked to schedule the depositions of four individuals involved in handling plaintiffs' claim and State Farm's corporate designee pursuant to FRCP 30(b)(6). Following McGirk's deposition, plaintiffs amended their Rule 26 disclosures to add Chay Vang's father, Ge Vang as a witness. State Farm intends to take plaintiffs' depositions and the deposition of Ge Vang as well.

5. The parties have agreed to mediate this matter with Lee Jacobson. The mediation is scheduled for July 7, 2017.

6. Due to the limitations on Mr. Ellingson's availability, the parties are concerned that they may not be able to complete all necessary discovery under the current deadlines. [*Id*., ¶ 5.]

7. The parties have not previously asked the Court to revise the existing scheduling order.

**II. STIPULATION**

The parties hereby stipulate, and request approval of the following revisions to the Court's Scheduling Order:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| 1. Non-Expert Discovery Cut-Off | September 15, 2017 | October 16, 2017 |
| 2. Expert Disclosure | August 18, 2017 | October 30, 2017 |
| 3. Supplemental Expert Disclosure | September 8, 2017 | November 1, 2017 |
| 4. Expert Discovery Cut-Off | September 29, 2017 | December 1, 2017 |

All other deadlines in the case to remain the same, including the pretrial conference and trial.

Dated: May 23, 2017     HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By    */s/ Stephen P. Ellingson*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
TYLER R. AUSTIN
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dated: May 23, 2017     WILKINS, DROLSHAGEN & CZESHINSKI, LLP

By    */s/ James H. Wilkins*
JAMES H. WILKINS
Attorneys for Plaintiffs
SEE LEE and CHAY VANG

## ORDER

The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Scheduling Order and after having an informal telephonic appearance regarding the stipulation, the Court hereby **GRANTS** the parties' request, with an amendment for the non-expert discovery cut-off. The new deadlines are as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off | September 29, 2017 |
| Expert Disclosure | October 30, 2017 |
| Supplemental Expert Disclosure | November 1, 2017 |
| Expert Discovery Cut-Off | December 1, 2017 |

IT IS SO ORDERED.

Dated: **May 30, 2017**

_____
UNITED STATES MAGISTRATE JUDGE